1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HEATHER TORVIK,

                Plaintiff,

  v.

GC SERVICES LIMITED PARTNERSHIP; NCO FINANCIAL SYSTEMS INC; CAPITAL ONE SERVICES, LLC; CAPITAL ONE BANK NA; ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,

                Defendants.

NO: CV-10-275-RMP

ORDER OF DISMISSAL WITH PREJUDICE

    BEFORE the Court is the parties' Notice of Stipulated Dismissal Prejudice (ECF No. 31). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Notice of Stipulated Dismissal with Prejudice (**ECF No. 31**) is **APPROVED**. Plaintiff's Complaint and any and all counterclaims

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 5th day of May, 2011.


          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2